# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>        Plaintiff,<br><br>    v.<br><br>RK MANAGEMENT GROUP LLC,<br><br>        Defendant. | Case No. 18-cv-05223 NC<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. No. 17 |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed within thirty days. All pending deadlines and hearings are VACATED.

IT IS SO ORDERED.

Dated: January 28, 2019

                                              Nathanael M. Cousins
                                              United States Magistrate Judge