Peter Kristofer Strojnik, State Bar No. 242728
strojnik@skplaw.com
**THE STROJNIK FIRM LLC**
**A LIMITED LIABILITY COMPANY**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 510-9409
Facsimile: (602) 773-0370

Attorneys for Plaintiff THERESA BROOKE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 5:18-cv-05223-NC |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| RK MANAGEMENT GROUP, LLC, | |
| Defendants. | |

    NOTICE IS HEREBY GIVEN that the above case has settled as to all claims and defendants. The parties have agreed to a modified Consent Decree, which was previously drafted on a prior settlement, and therefore the parties anticipate a quick turnaround on dismissal papers. Attached as Exhibit 1 is Defendant's principal's agreement to the material terms. Plaintiff requests that the Court set a Settlement Disposition Conference for 30 days after the date of this Notice. Thank you.

    RESPECTFULLY SUBMITTED this 2d day of July, 2019.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff