ISMAEL D. PEREZ, ESQ. (SBN 145985)
LAW OFFICES OF ISMAEL D. PEREZ
San Jose Office Plaza
1735 N. First Street, Suite 255
San Jose, CA 95112
Telephone: (408) 293-7100
Facsimile: (408) 293-7745
easy@perezlawoffice.com

Attorney for Defendant,
RK MANAGEMENT GROUP, LLC

PETER K. STROJNIK (SBN 242728)
THE STROJNIK FIRM, LLC
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Tel: (602) 510-9409
Facsimile (602) 865-7788
pstrojnik@strojniklaw.com

Attorney for Plaintiff,
Theresa Brooke

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married women dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>RK MANAGEMENT GROUP, LLC, a California limited liability company, d/b/a Campbell Inn, d/b/a www.campbell-inn.com,<br><br>Defendant. | Case No. 5:18-cv-05223-NC<br><br>CONSENT DECREE AND ORDER FOR CIVIL SETTLEMENT AND INJUNCTIVE RELIEF |

Plaintiff, Theresa Brooke ("Plaintiff" or "Brooke") brought this Lawsuit under Title III of the Americans with Disabilities Act and 28 C.F.R § 36.302(e)(1)(I) , the Unruh Civil Rights Act and the California Disabled Persons Act. Plaintiff claims that Defendant RK

CONSENT DECREE AND ORDER FOR CIVIL SETTLEMENT AND INJUNCTIVE RELIEF
-1-

Management Group, LLC ("Defendant" or "RK Management") has failed to make the reservation feature of its hotel website for the Campbell Inn compliant with applicable accessability law. Defendant has denied these allegations.

In the interest of resolving this matter and as a result of having engaged in comprehensive settlement negotiations and to avoid further and unnecessary litigation, Brooke and RK Management (hereinafter referred to as "the Parties") have agreed that the above-captioned lawsuit (the "Lawsuit") should be finally resolved through entry of this Consent Decree. This resolution and Consent Decree shall not constitute an admission of liability on the part of the Defendant, nor does it constitute an adjudication or finding on the merits of Brooke's allegations in the Lawsuit.

The Consent Decree comprises the full and exclusive agreement of the Parties with respect to the matters discussed herein. No waiver, modification, or amendment of any provision of this Consent Decree shall be effective unless made in writing and approved by all Parties to this Decree; and any substantive change, modification or amendment of any provision of this Consent Decree shall also require approval by the Court.

The Court has reviewed this Decree in light of the pleadings, the record herein, and applicable law, and now approves this Decree.

**THEREFORE, THIS COURT HEREBY ORDERS, ADJUDGES, AND DECREES AS FOLLOWS:**

    I.    <u>**FINDINGS**</u>

1. This Decree Court has jurisdiction over the subject matter and the Parties to this Lawsuit. This court will retain jurisdiction over this Decree for all purposes until the expiration of the Consent Decree.
2. Venue in this district is proper under 28 U.S.C. § 1391(b) and (c).
3. The Complaint states claims upon which relief may be granted against Defendant under applicable law.
4. Defendant makes no admissions to the allegations in the Complaint, other than the

jurisdictional facts pleaded and has affirmatively denied all other allegations.

5. The Plaintiff's Complaint shall be dismissed without prejudice upon entry of this Consent Decree and Order, subject only to be reopened to enforce the terms of this Decree.

6. This Consent Decree resolves all claims made by the Plaintiff based upon her charges of noncompliance under the ADA. This Consent Decree is final and binding upon the Parties, their successors and assigns.

7. This Decree shall become effective upon its entry by the Court.

8. The Parties to this Decree shall each be responsible for their own costs and attorneys' fees in this action.

## II.    INJUNCTIVE RELIEF

**IT IS FURTHER ORDERED**

9. RK Management Group, in compliance with federal law and the laws of this state, has a policy to comply the Americans With Disabilities Act, Title III and its implementing regulations, and does and will accommodate the disabled concerning its hotel, the Campbell Inn. RK Management Group, will retain a software engineer and web master and will maintain websites in compliance with federal law and laws of this state and update if there are changes in web site laws. The President of RK Management Group, LLC, Mr. Kenneth Manrao ("Manrao") owns and operates three (3) other hotels under identical policy, a total of four (4) hotels, and these four (4) locations shall all be subject to this Consent Decree and the compliance contained herein. Within 180 days of applicable website accessibility law coming into effect, RK Management and Manrao will modify its website to comply with applicable law. The four hotel locations and their respective website domains are as follows:

   a. The Campbell Inn, 675 E. Campbell Ave., Campbell, CA 95008; www.campbell-inn.com.

   b. The Hotel Elan, 1215 South 1st Street, San Jose, CA 95110; www.hotelelansanjose.com.

  c. The Carlyle Hotel, 1300 Camden, Ave., Campbell, CA 95008; www.carlyle-hotel.com.

  d. The Bristol Hotel, 3341 S. Bascom Ave., Campbell, CA 95008; www.bristol-hotel.com.

10. The purpose for any future modifications is to come into compliance with any applicable accessibility law standards that come to exist with respect to reservation systems for hotel websites, and to allow persons with disabilities to make reservations for ADA-compliant hotel rooms as any person without disabilities would, using the hotels' websites.

### III. MONETARY RELIEF

**IT IS FURTHER ORDERED**

11. In settlement of Brooke's claims in this action, Defendant will pay Plaintiff the sum of Ten Thousand Dollars ($10,000.00).

12. Defendant shall issue payment to the order of THERESA BROOKE.

13. Defendant shall issue payment no later than ten (15) days after the entry of the Consent Decree.

### IV. RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED**

14. That this Court retains jurisdiction of this matter for two years to oversee compliance, modification, and enforcement of this Order.

15. RK Management Group LLC and Kenneth Manrao shall maintain Web Master or Software Engineer for compliance to ADA Rules of its Motels in Santa Clara County (listed in Paragraph 9). If any plaintiff or his/her attorney's webmasters or software engineer determines Non-Compliance to ADA Rules or this Consent Decree, than any plaintiff or his/her attorney will give 60 days notices with Defects letter from their Engineer or Web Master via Certified Mail and Attachment to email Adddress to Kenmanrao@hotmail.com for Compliance.

### V. FEES AND COSTS

**IT IS FURTHER ORDERED**

16. That except for the provisions specifically identified in this Consent Decree, each party shall bear its own costs and attorneys' fees incurred in connection with this Action.

**IT IS SO ORDERED.**

Dated this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE

The parties hereby stipulate to the entry of the foregoing Order and Consent Decree, which shall constitute final disposition of this matter:

**FOR PLAINTIFF:**

Date: July 20, 2019

*Theresa Marie Brooke*
Theresa Brooke, Plaintiff

Date: July 20, 2019

THE STROJNIK FIRM LLC

*Peter K. Strojnik*
PETER K. STROJNIK, ESQ.
THE STROJNIK FIRM LLC
Attorneys for Plaintiff, Theresa Brooke

**FOR DEFENDANT**

Date: _____, 2019

_____
Kenneth S. Manrao
President, RK Management Group, LLC

Date: _____, 2019

LAW OFFICES OF ISMAEL D. PEREZ

_____
ISMAEL D. PEREZ, ESQ.
Attorney for Defendant, RK Management Group, LLC

**IT IS FURTHER ORDERED**

16. That except for the provisions specifically identified in this Consent Decree, each party shall bear its own costs and attorneys' fees incurred in connection with this Action.

**IT IS SO ORDERED.**

Dated this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE

The parties hereby stipulate to the entry of the foregoing Order and Consent Decree, which shall constitute final disposition of this matter:

**FOR PLAINTIFF:**

Date: July 20, 2019

*Theresa Marie Brooke*
Theresa Brooke, Plaintiff

Date: July 20, 2019

THE STROJNIK FIRM LLC

*Peter K. Strojnik*
PETER K. STROJNIK, ESQ.
THE STROJNIK FIRM LLC
Attorneys for Plaintiff, Theresa Brooke

**FOR DEFENDANT**

Date: 7/25/, 2019

Kenneth S. Manrao
President, RK Management Group, LLC

Date: 7/25/, 2019

LAW OFFICES OF ISMAEL D. PEREZ

ISMAEL D. PEREZ, ESQ.
Attorney for Defendant, RK Management Group, LLC

CONSENT DECREE AND ORDER FOR CIVIL SETTLEMENT AND INJUNCTIVE RELIEF
-5-